

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**

MAR - 6 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

_Tommy Ray Ortiz_

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

_Linda Myer_
_Jeffrey Kneeling_
_Rachal Brown_

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

1:18-cv-01667
Judge Thomas M. Durkin
Magistrate Judge Maria Valdez
PC 5

Case No:_____
(To be supplied by the <u>Clerk of this Court</u>)

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

**BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

A. Name: Tommy Ray Ortiz

B. List all aliases: _____

C. Prisoner identification number: N/A

D. Place of present confinement: Elgin Mental Health Center

E. Address: Goldman Bld., Hinton unit, 750 State St., Elgin, Ill. 60123

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Linda Myer
Title: Attorney at Kirkland & Ellis
Place of Employment: 300 N. LaSalle, Chicago, Ill. 60654

B. Defendant: Jeffrey Kheeling
Title: Attorney at Kirkland & Ellis
Place of Employment: 300 N. LaSalle, Chicago, Ill. 60654

C. Defendant: Rachal Brown
Title: Attorney at Kirkland & Ellis
Place of Employment: 300 N. LaSalle, Chicago, Ill. 60654

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: N/A, 1989 Case, resolved

B. Approximate date of filing lawsuit: N/A, 1989

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Tommy Ortiz

D. List all defendants: Leo Myer, et al  N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): United States District Court, Northern Dist. Ill.

F. Name of judge to whom case was assigned: Barnet Duff

G. Basic claim made: Civil Rights Violation.

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Settled

I. Approximate date of disposition: 1992 or there about.

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Defendant Linda Myer between the dates of Oct. 1-2016 and Feb. 28-2017, defendant Linda Myer injected a foreign material (Nanites) into plaintiff's back while plaintiff rode in the Kirkland & Ellis elevator with her, and while walking in the Kirkland & Ellis stairwell where plaintiff encountered Linda Myer on a daily basis, where she seem to often physically bump into plaintiff going up the stairs. On more than one occasion plaintiff felt Linda Myer press a object into plaintiff's right mid back area. Plaintiff saw defendant Linda Myer moving a object away from plaintiff's back area and putting it in her pocket. I went to my work room and checked my back, I could see a redish mark on my back but no puncture wound. Plaintiff had rejected sexual advances from the defendant twice and could not take the chance the defendant had stuck him with something in my back. Plaintiff however was now having pain in plaintiff's right chest area. This plaintiff still suffers those same chest pains

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

in plaintiff's right chest area. Defendant Linda Myers' actions were wanton and malicious. Injected with test Nanites.

Defendant Jeffrey Rheeling pressed an object into plaintiff's back while plaintiff was on the Kirkland & Ellis elevator with him, plaintiff seen the defendant Jeffrey Rheeling moving an object away from plaintiff's back and placing the black object into his pocket as he, Jeffrey Rheeling moves to get past plaintiff. Plaintiff goes to plaintiff's work room and checks my back for a puncture mark. There was only another redish mark on plaintiff's back. Plaintiff was now feeling additional pain in plaintiff's right and left chest area. Defendants were injecting (nanite) into this plaintiff using a medical device known as jet injectors, it leaves no puncture wound, only a redish mark at the injection site. Defendant Jeffrey Rheeling injected a foreign material into plaintiff's body without plaintiff's consent, thus forcing this plaintiff to be a guinea pig in a experimental medical test program using Nanites. Said actions were wanton and malicious and subjected this plaintiff to cruel and painful suffering that continues to this day. Oct. 1-2016 to 2-20-2018

5

Revised 9/2007

Statement of Claims:

Defendant Rachal Brown pressed an object against plaintiff's back while plaintiff was on the Kirkland & Ellis elevator with her between the dates of: Dec. 1-2016 and Feb. 28-2017. plaintiff again felt additional pain in plaintiff's right chest area. Rachal Brown intentionally injected a foreign material into plaintiff's body... without plaintiff's consent, thus forcing this plaintiff to take part in a experimental testing program being operated out of the Kirkland & Ellis law firm where unsuspecting employees are injected with experimental medical devices known as nanites. This plaintiff has been, and is currently being subjected to wanton and malicious cruel torture with said experimental medical testing devices known as nanites.

  The experimental medical testing devices are still inside of this plaintiff's body which is undeniable proof of plaintiff's complaint. plaintiff was not suppose become aware of being made a guinea pig in a medical testing program, but started paying attention when lawyers would bump into plaintiff and press an object against this plaintiff's back. Each time this would happen plaintiff suffered pain in plaintiff's chest or back.

Statement of Claims:

The defendants, Linda Myer, Jeffrey Rheeling and Rachal Brown, knowingly and with malicious intent to cause this plaintiff great bodily harm injected this plaintiff with foreign material known as Nanites without plaintiff's consent. These new medical devices being illegally tested on unsuspecting civilians is extremely malicious with the wanton intent to cause great pain and bodily harm to this plaintiff.

Since these devices have been injected into plaintiff's body plaintiff has been experiencing continuous pain through-out plaintiff's body. Their intent was and is extremely malicious with a complete disregard for plaintiffs life, health and well being. Their actions were, and are premeditated.

The defendants with a wanton disregard fore plaintiff's life use a jet injector or like device to inject the experimental Nanites into plaintiff's back.

No matter what argument the defendants' present does not have any substance do to the fact that the experimental Nanite are still inside of this plaintiffs' body. Plaintiff was never suppose to become aware of the experimental Nanite devices being injected into my body. Said Nanite material has spread throughout plaintiffs' body. Head, chest, Arms, legs and feet,

7

Statement of Claims:

Causing this plaintiff continuous pain and suffering.

The solid proof of what plaintiff has stated here in this complaint is still inside of this plaintiff and can be detected and removed by a Doctor knowledgable in Nanite medical devices.

So no matter what argument the defendants may offer does not change the fact that their experimental test nanite are still inside of this plaintiff, and used plaintiff as a testing guinea pig with a wanton malicious intent.

Plaintiff has color video footage of some of these attacks on plaintiff, one of such is in a Kirkland & Elliss elevator.

Plaintiff sues all defendants, Linda Myer, Jeffrey Rheeling and Rachal Browne in their official and in their individual capacity, each in the amount of $500,000,000.00 dollars in U.S. Currency

The defendants think they are above the laws of the United States and can experiment on those they deem to be the little people, "the poor." Further: if I should die do to these experimental nanites the defendants put in plaintiff's body, it is my hope that this court will see that all of the defendants are charged with premeditated murder.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Order the defendants to remove all the experimental testing Nanites they injected into plaintiff body. Force the defendants to stop their nanite testing on unsuspecting U.S. Citezens. Force each defendant, linda Myer, Jeffrey Wheeling and Rachal Brown to pay plaintiff $500,000,000.00 each, in their official capacity and in there individual capasity. U.S. Currency only.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 21 day of Feb. , 20 18

*Tommy Ortiz, R.*
(Signature of plaintiff or plaintiffs)

Tommy Ortiz, R.
(Print name)

_____
(I.D. Number)

_____
_____
(Address)


A.

A nanite, also known as a nanomachine, nanobot, or other similar variations of the prefix, is a machine designed on a very small scale. Since nanomachines are so small, they take their name from the term *nanometer*, which is one billionth of a meter. Nanites have a number of different uses, but are most commonly associated with the biomedical fields.

Currently, nanotechnology is still in the research and development phase, and no nanite serving a practical application exists. There is no timeframe outlining when nanomachines may be built that are deemed safe enough to complete intended tasks.

While research and development still have a long way to go, scientists are very excited about the potential of a nanite. As a very small unit, it could carry out a number of different tasks. Specific applications could be in the treatment or detection of disease, monitoring health, aiding in surgery and many others.

The problem scientists have when attempting to construct a nanite is not only the size, but also the complexity of the task. Its construction will likely take the place of an atom or molecule at a time. When considering that it could take millions of atoms or molecules to create a functioning nanite, the task can quickly begin to seem overwhelming.

A nanite will not be like a traditional machine. Most likely, it will be organically-based. In fact, it may be a new, bioengineered bacterium which has caused some people to strongly urge developers to exercise caution.

If the nanite were to mutate, the consequences could be disastrous, wondrous, or both. A number of science fiction books and television shows have been based on this scenario. Some have led to a doomsday scenario; others have noted there could be benefits, or even new forms of intelligent life.

Currently, there are some practical uses of nanotechnology outside of the bio-medical areas, however, these applications do not make use of functioning nanites. Rather, these applications break existing matter down into very small particles, which, on a very small scale, can be used in some electronics, sports equipment and even clothing. The iPod Nano, which even incorporates the name into its product, is one popular example.

The key to nanotechnology is breaking matter down into very small particles. Researchers have discovered that doing so can actually change the normal properties of some matter. In some cases, things become more explosive. In others, the matter may emit light, become extremely hard, or be changed in a number of other different ways.





Tommy Ortiz
Elgin Mental Health Center
Goldman Building Hinton Unit
750 S. State St
Elgin, IL 60123

RECEIVED
2018 MAR -6 AM 9:13

To: United States District Court
219 S. Dearborn St. 20th Floor
Chicago, Illinois 60604



ZIP 60123
02 4W
0000353410 MAR 01 2018
US POSTAGE >> PITNEY BOWES
$ 001.37°

FOREVER USA
Barn Swallow



1:18-cv-01667
Judge Thomas M. Durkin
Magistrate Judge Maria Valdez
PC 5

03/06/2018-31

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2016