In the U.S. District Court of the
Northern District of Illinois

FILED
JUN 18 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RECEIVED
2018 JUN 18 AM 9:19

Motion
Under Federal Rule 59(e)

Tommy Ray Ortiz, plaintiff / Case No. 18 C 1667

vs.          Judge: Thomas M. Durkin

Linda Meyer, et. al Defendant(s)

   Plaintiff wishes the Court to reconsider it's judgment under federal rule 59(e). Plaintiff states the following in support of his motion.

   The exhibit 1 is proof that plaintiff case has merit. The mystery illness that is cause for the State Department to evacuate their personnel out of two Countries is the very same illness I have been affected by. Those State Department employees were attacked and exposed to the same type of weapon system I have been exposed to. The attackers using such a weapon, all they need do to expose a victim to the weapon is bump into their victim. The very same weapon system was used in Cuba against State Department personnel.

1

Now this very same weapon system is being tested on U.S. citizens on a wide scale. The victims just think they are suffering from a "temporary illness" or "something" never realizing they have been attacked with a new weapon system that will keep making them experience pain. The victim will experience pain throughout their body at different pain levels which will be ongoing. The weapon the victims have been exposed to is very difficult to detect. This plaintiff has had the following medical testing: Cat-scan, x-ray, MRI scan, nothing showed up. The weapon system is on a cellular level which make standard testing not effective. Standard blood test, not effective. That is the primary reason those who are responsible for these attacks are getting away with it. The victim are labelled as: delusional, insane, or just wanting attention.

I am currently in the nut house because of these attacks on me. My body is full of the crap those State Department workers were expose to. I call it nanites because I actually don't what the hell it is, but whatever it is it's cellular level.

Tommy Ortiz

2

THURSDAY JUNE 7, 2018



Emergency personnel surround a National Guard military vehicle Wednesday night that was stolen from Fort Pickett. AP

## Mystery illness leads U.S. to evacuate more from China

Associated Press

WASHINGTON — The State Department said Wednesday that the United States has evacuated several more of its workers out of China after medical testing revealed they might have been affected by unexplained health incidents that have hurt U.S. personnel in Cuba and China.

State Department spokeswoman Heather Nauert said "a number of individuals" have been brought to the U.S. They are in addition to a U.S. worker in China who had been evacuated previously, as the Trump administration had already disclosed.

The new evacuations come after the U.S. sent a medical team to the Chinese city of Guangzhou to conduct screenings of American government workers. The team arrived earlier this week.

Nauert said the "medical screenings are ongoing." She said they are being offered to "any personnel who have noted concerning symptoms or wanted baseline screening."

A U.S. official said the evacuated Americans are being brought for testing to the University of Pennsylvania. That's where doctors have been treating and studying patients evacuated from the U.S. Embassy in Havana.

Please note: Sicken is not used, but the term Hurt is * used.

Exhibit-1

Tommy Ortiz
Elgin Mental Health Center
750 S. State St.
Elgin, Illinois
60123

2018 JUN 18 AM 9:07

Intake DC

U.S. POSTAGE >> PITNEY BOWES
ZIP 60123
02 4W
0000353410 JUN 14 2018
$ 000.42⁰

FOREVER USA
Barn Swallow

06/18/2018-76

TO: Clerk of the U.S. District Court
219 S. Dearborn St.
Chicago, Illinois
60604